IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20-CR-83 |
| vs. | |
| CHARLES R. WARE, | JUDGMENT |
| Defendant. | |

For the reasons stated in the accompanying memorandum and order, the defendant's motion to vacate under 28 U.S.C. § 2255 (filing 319) is denied.

Dated this 27th day of December, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge